## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 17-23970-Civ-COOKE/GOODMAN

MSP RECOVERY CLAIMS, SERIES LLC,

     Plaintiff,

vs.

AMTRUST INSURANCE COMPANY OF
KANSAS, INC.,

     Defendant.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** ***without prejudice*** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal Without Prejudice (ECF No. 29).

The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida, this 29th day of December 2017.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*